# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLENE SHEPHARD, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 17-CV-0702 |
| | : | (Judge Nealon) |
|     v. | : | |
| | : | |
| PENN CREDIT CORPORATION, | : | |
| ET AL., | : | |
|     Defendants | : | |

## ORDER

**AND NOW, THIS 28TH DAY OF APRIL, 2017,** upon consideration of Plaintiff's notice of settlement, which states "that the parties in the above-captioned case have reached a settlement" and the "Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to" Federal Rule of Civil Procedure 41(a) "within 60 days," (Doc. 4), **IT IS HEREBY ORDERED THAT:**

1. The above-captioned action is **DISMISSED** without prejudice to the right, upon good cause shown within sixty (60) days from the date of this Order, to reinstate the action if the settlement is not consummated.

2. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**